[No. 9876-8-II. Division Two. June 23, 1987.]

KATHLEEN GEORGE, *Appellant*, v. ROBERT L. HOLLISTER, JR., *as Director of the Department of Retirement Systems, Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 84-2-00908-7, Richard A. Strophy, J.,

entered April 16, 1986. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Reed, C.J., and Petrich, J.